| Probation Form 22 | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (*Transfer Court*)<br>5:18-CR-287-2FL |
|---|---|---|
| | | DOCKET NUMBER (*Rec. Court*)<br>22 CR 6180 - DGL |

| NAME OF OFFENDER<br><br>**Michael Lee Green**<br>ROCHESTER, NY | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>**Western Division** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**Louise W. Flanagan** | |
| | DATES OF SUPERVISION → | FROM<br>12/23/2021 | TO<br>12/22/2026 |

**OFFENSE**
Conspiracy to Possess With Intent to Distribute 50 Grams or More of Methamphetamine, a Quantity of Heroin, and a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841 (b)(1)(B) and 21 U.S.C. § 841 (a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of New York upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

11/8/22     Date                                                         Louise W. Flanagan, U.S. District Judge

\* This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

November 17, 2022     Effective Date                                     DAVID LARIMER, United States District Judge